# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America )<br>v. )<br> )<br>John Abidog (YOB 2005) ; )<br>Viet Pham (YOB 2005); and )<br>John Nguyen (YOB 2004) )<br> )<br> ) | Case No.<br>25-mj-3264-JDH |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   July 1, 2025 to October 27, 2025   in the county of   Suffolk   in the
_____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached Affidavit of United States Postal Inspection Service, Postal Inspector, Leroy Versoza.

☑ Continued on the attached sheet.

*Leroy Versoza/ by JDH*
Complainant's signature

Leroy Versoza, Postal Inspector, USPIS
Printed name and title

Subscribed and sworn to via telephone in accordance with
Federal Rule of Criminal Procedure 4.1.

Date: October 27, 2025

Judge's signature

City and state:   Boston, Massachusetts         Hon. Jessica D. Hedges, U.S. Magistrate Judge
Printed name and title